judge's actions as an attorney, then the Attorney Grievance Commission may proceed in the usual manner, and the Judicial Tenure Commission will play no role.

The staff comment is published only for the benefit of the bench and bar and is not an authoritative construction by the Court.

> Publication of this proposal does not mean that the Court will issue an order on the subject, nor does it imply probable adoption in its present form. Timely comments will be substantively considered, and your assistance is appreciated by the Court.

A copy of this order will be given to the secretary of the State Bar and to the State Court Administrator so that they can make the notifications specified in MCR 1.201. Comments on this proposal may be sent to the Supreme Court Clerk within 60 days after it is published in the Michigan Bar Journal. When filing a comment, please refer to our file number 89-38.

*Rehearing Granted December 19, 1989:*

FRANKENMUTH MUTUAL INSURANCE COMPANY v KEELEY, No. 81566. Motion by Auto Club Insurance Association and others for leave to participate as amici curiae is also granted. The case is to be reargued and resubmitted. Reported *ante,* 525.

*Order of Resubmission December 26, 1989:*

PEOPLE v JAMIESON, No. 83446, 8/June 1989. The parties are to submit supplemental briefs on the question whether the Supreme Court, for purposes of claims of entrapment, should adopt the "subjective test" as defined in the majority opinions in *United States v Russell,* 411 US 423 (1973), and *Sorrells v United States,* 287 US 435 (1932). The case is to be reargued and resubmitted. Reported below: 168 Mich App 332.